**EXHIBIT A**

Gmail

**Bryan Sekine <bryan@foxandowlmarketing.com>**

# Can I refer clients to you?

**Matt Ruffner** <matt@opticl.ai> Wed, Apr 15, 2026 at 4:30 PM
To: "bryan@foxandowlmarketing.com" <bryan@foxandowlmarketing.com>

Hello,

We’re starting to get multiple brands and business owners coming through our platform each day that need help improving how they show up in AI search.

We don’t offer the services side ourselves, so we’re putting together a small group of agencies to send that work to.

Would you be open to taking on that kind of client work if we sent it your way?

If so, I'd be happy to discuss it more in depth.

Looking forward to talking with you.

Best,

-Matt Ruffner
Founder - Opticl.ai