**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FOX AND OWL MARKETING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1438-R** |
| | ) | |
| **MATTHEW RUFFNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is Defendant's Motion to Dismiss for Lack of Jurisdiction [Doc. 6]. During the pendency of the Motion, Plaintiff filed an Amended Complaint [Doc. 10]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted). Accordingly, Defendant's Motion to Dismiss for Lack of Jurisdiction [Doc. 6] is denied without prejudice to refiling, if appropriate.

IT IS SO ORDERED this 30th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE